IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN HLYWIAK, et al.           :          CIVIL ACTION
                                :
         v.                     :
                                :
NATIONAL RAILROAD PASSENGER      :
CORPORATION, et al.             :          NO. 15-3815

ORDER

        AND NOW, this 30th day of November, 2016, it is hereby

ORDERED that:

        (1)  the motion of defendant Clean Tech Services Inc.

for summary judgment (Doc. # 44) is DENIED on the ground that

genuine disputes of material fact exist;

        (2)  the motion of defendant Health Mats Co. for summary

judgment (Doc. # 45) is DENIED on the ground that genuine disputes

of material fact exist; and

        (3)  the motion of defendants National Railroad

Passenger Corporation and New Jersey Transit for summary judgment

(Doc. ## 46, 47, and 48) is DENIED on the ground that genuine

disputes of material fact exist.

                                BY THE COURT:


                                /s/ Harvey Bartle III
                                                        J.